

ORDERED in the Southern District of Florida on May 22, 2013.

John K. Olson, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:

SIGNATURE HEALTH  Case No. 12-40748-JKO
SERVICES, INC,

Chapter 7

      Debtor.
_____/

### ORDER DENYING TIMOTHY S. KINGCADE'S MOTION FOR APPROVAL OF FEES RECEIVED FROM DEBTOR'S PRINCIPAL POST-PETITION

THIS CAUSE came on before the Court on May 14, 2013, at 10:00 a.m. upon Timothy S. Kingcade's Motion for Approval of Fees Received From Debtor's Principal Post-Petition (the "Motion") [D.E. 22] and the Trustee, Kenneth Welt's, response thereto. [D.E. 23]. The Court, having reviewed the pleadings, and having heard the arguments of counsel, hereby **ORDERS** that:

    1.    The Motion is DENIED.

2.    Neither Timothy S. Kingcade, nor his law firm, Kingcade & Garcia, shall represent <u>any</u> party in this proceeding, due to an irreconcilable conflict of interest stemming from his former representation of Signature Health Services, Inc. in the filing of its chapter 7 petition.

### ###

**Submitted by: Lawrence E. Pecan**

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Trustee
Timothy Kingcade
U.S. Trustee
All appearances