# EXHIBIT A



MARKOWITZ
RINGEL
TRUSTY +
HARTOG
ATTORNEYS AT LAW

9130 South Dadeland Boulevard
Suite 1800
Miami, Florida 33156
t: 305.670.5000
f: 305.670-5011
w: www.mrthlaw.com

September 13, 2013

Lawrence E. Pecan, Esq.
Marshall Grant, P.L.
197 South Federal Highway, Suite 300
Boca Raton, FL 33432
lpecan@marshallgrant.com

Richard M. Bales, Jr., Esq.
Bales Sommers & Klein, P.A.
One Biscayne Tower, Suite 1881
2 South Biscayne Boulevard
Miami, FL 33131
rbalesjr@bsklawyers.com

Zach B. Shelomith, Esq.
Leiderman Shelomith, P.A.
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
zshelomith@lslawfirm.net

File: DD146:130887

Gentlemen:

We have attached our invoice. Mr. Pecan and Mr. Bales, Jr. owe $1,097.53 each. Mr. Shelomith owes $145.83.

Very truly yours,

*[signature]*

Jerry M. Markowitz

/mg
enc.

**Law Offices**
**MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.**
TWO DATRAN CENTER, SUITE 1800
9130 SOUTH DADELAND BOULEVARD
MIAMI, FLORIDA 33156-7849
(305)670-5000
Facsimile (305)670-5011

Invoice No.     182180

Lawrence E. Pecan, Esq.
Marshall Grant, P.L.
197 South Federal Highway, Suite 300
Boca Raton, FL 33432
lpecan@marshallgrant.com

September 13, 2013

Richard M. Bales, Jr., Esq.
Bales Sommers & Klein, P.A.
One Biscayne Tower, Suite 1881
2 South Biscayne Boulevard
Miami, FL 33131
rbalesjr@bsklawyers.com

Zach B. Shelomith, Esq.
Leiderman Shelomith, P.A.
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
zshelomith@lslawfirm.net

FILE   DD146:130887 Signature Health Services v. Leykind, et al.

For Services Rendered

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/13 | JMM | Emails and telephone conference with Z. Shelomith, L. Pecan; review pleadings. | 0.40 | 250.00 |
| 07/25/13 | JMM | Coordinate mediation. | 0.30 | 187.50 |
| | | Total Hours and Fees | 0.70 | 437.50 |
| | | Total This Invoice | | 437.50 |

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| Jerry Markowitz | 0.70 | 625.00 | 437.50 |
| Total Fees | 0.70 | | 437.50 |

September 13, 2013            Page 2
Invoice 182180
DD146:130887  Signature Health Services v. Leykind, et al.

| Date | Description | Amount |
|---|---|---:|
| 09/03/13 | Previous Balance | 2,855.10 |
| 09/06/13 | Payment | -951.70 |
| | Total This Invoice | 437.50 |
| | New Balance | 2,340.90 |

Accounts Receivable Aging
| | |
|---|---:|
| Current | 2,340.90 |
| 30 Days | 0.00 |
| 60 Days | 0.00 |
| 90 Days | 0.00 |
| 120 Days | 0.00 |

**PLEASE NOTE NEW HOURLY RATES EFFECIVE ON JANUARY 1, 2013**

PAYMENT DUE WITHIN 10 DAYS UPON RECEIPT