# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

SIGNATURE HEALTH
SERVICES, INC,

Case No. 12-40748-JKO

Chapter 7

Debtor.
_____/

ORDER GRANTING
TRUSTEE'S EX PARTE MOTION FOR AN ORDER
AUTHORIZING PAYMENT OF MEDIATOR

THIS MATTER came before the Court upon the Trustee's Ex Parte Motion Authorize Payment to Mediator (the "Motion") [ECF No. ___]. The Court having reviewed and considered the Motion and the Court file, and being otherwise fully advised in the premises, it is

**ORDERED** and **ADJUDGED** that:

1. The Motion is GRANTED.

2.  The Trustee is authorized to remit payment to the law firm of Markowitz Ringel Trusty & Hartog, P.A. for the services rendered by Jerry Markowitz, Esq. as mediator in the amount of $_____.

###