**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

SIGNATURE HEALTH                           Case No. 12-40748-JKO
SERVICES, INC,

                                             Chapter 7

      Debtor.
_____/

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the Ex Parte Motion for Payment of Mediator [D.E. 47] and Notice of Hearing (Re: [47] Ex Parte Motion for Payment of Mediator [D.E. 49] was served on all parties listed on the attached Service List, and in the manner indicated on September 23, 2013.

                                         Respectfully submitted,

                                         **MARSHALL SOCARRAS GRANT, P.L.**
                                         Attorneys for the Trustee
                                         197 South Federal Highway, Suite 300
                                         Boca Raton, Florida  33432
                                         Telephone No. 561.672.7580
                                         Facsimile No. 561.672.7581
                                         Email:  jgrant@msglaw.com

                     By:   /s/ Joe M. Grant
                                     JOE M. GRANT
                                     Florida Bar No. 137758

**SERVICE LIST**

**SERVICE BY US MAIL**

Signature Health Services, Inc., 1711 Hammondville Rd, Pompano Beach, FL 33069-1989

ADP ,400 Covina Blvd, San Dinas, CA 91773-2954, ,

Acevedo Consulting Inc. ,2605 W Atlantic Ave., Ste D-102,Dleray Beach, FL 33445-4414, ,

Broward County Records, Taxes & Treasury ,Attn:  Bankruptcy Section,115 S. Andrews Ave. # A-100,Ft. Lauderdale, FL 33301-1888,

Broward County Tax Collector ,115 South Andrews Ave Room A-100,Ft Lauderdale, FL 33301-1888, ,

Corinne B. Rosner, Esq ,5400 S University Dr Ste 116,Davie, FL 33328-5300, ,

DHHS/Centers for Medicare & Medicaid Se, Sam Nunn Atlanta Federal Center, ATTN: Gary Kurz, Assistant Regional County, Office of General Counsel,61 Forsyth St., S.W., Ste. 5M60,Atlanta, GA 30303-8931,

INTERNAL REVENUE SERVICE,CENTRALIZED INSOLVENCY OPERATIONS,PO BOX 7346,PHILADELPHIA PA 19101-7346,preferred

First Coast Service Options ,P.O. Box 2360,Jacksonville, FL  32231-0018, ,

Florida Department Of Revenue ,5050 W Tennessee St, Tallahassee, FL 32399-0100, ,

Florida Department Of Revenue ,PO Box 6668,Tallahassee, FL  32314-6668, ,

GC Services Limited Partnership ,6330 Gulfton, Huston, TX 77081-1198, ,

GC Services Limited Partnership ,PO Box 2667,Houston, TX 77252-2667, ,

Gary Kurz, Assistant Regional Counsel, Office, Sam Nunn Atlanta Federal Center,61 Forsyth St., S.W.,Ste. 5M60,Atlanta, GA 30303-8931, ,

INTERNAL REVENUE SERVICE,CENTRALIZED INSOLVENCY OPERATIONS,PO BOX 7346,PHILADELPHIA PA 19101-7346,preferred duplicate

Intuit Health ,5501 Dillard Dr., Cary, NC 27518-9233, ,

Joel S. Magolnick, Esq., 3001 SW 3rd Ave., Miami, FL 33129-2709, ,

Lawrence D. Felder, PA, 1840 SE 1st Ave, Fort Lauderdale, FL 33316-2875, ,

Office of the US Trustee ,51 S.W. 1st Ave., Suite 1204,Miami, FL 33130-1614,

Perlman, Bajandas, Yevoli & Albright, PL ,200 S Andrews Ave Ste 600,Fort Lauderdale, FL 33301-2066, ,

Sharon Atwood, ARNP ,1711 Hammondville Rd, Pompano Beach, FL 33069-1989, ,

Sharon Atwood, ARNP ,c/o Chad T. Van Horn, Esq.,Van Horn Law Group, P.A.,330 N. Andrews Ave., Suite 450,Fort Lauderdale, Florida 33301-1012, ,

SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT,PO BOX 7949,OVERLAND PARK KS 66207-0949,preferred

Storage Express ,7400 W Oakland Park Blvd, Lauderhill, FL 33319-4967, ,

TBF Financial ,C/O Wells Fargo,740 N Waukegan Rd, Deerfield, IL 60015-5505,

Windstream Communications ,PO Box 580451,Charlotte, NC  28258-0451, ,

Kenneth A Welt ,www.trusteewelt.com,1844 N Nob Hill Rd #615,Plantation, FL 33322-6548,

Sharon Atwood ,973 SE 10th Ct, Pompano Beach, FL 33060-9536

Steve Leykind ,1755 E. HALLANDALE BEACH BLVD #1901,HALLANDALE BEACH, FL 33009-4689

Timothy S Kingcade Esq., 1370 Coral Way, Miami, FL 33145-2960